UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,        *
 United States Department of Labor,        *
                                           *
              Plaintiff,                   *
                                           *        CIVIL ACTION
          v.                               *
                                           *        FILE NO. 04-11310 NG
LE INC., LE & PHAM INC.,                   *
LE CAFÉ INC., LE & T INC.,                 *
PHO PASTEUR INC., and DUYEN LE,            *
                                           *
              Defendants.                  *
* * * * * * * * * * * * * * * * * * * * * * * *
```

PLAINTIFF'S LOCAL RULE 16.1 (D) (3) STATEMENT


      Elaine L. Chao is plaintiff in this action by virtue of her position as Secretary of Labor. Within the budget structure of the Department of Labor, the responsibility for the costs of this litigation is with the Office of the Regional Solicitor, Boston.   Regional Solicitor Frank V. McDermott, Jr., undersigned, is the head of that office.  Undersigned counsel of record in this action, John S. Casler, is Deputy Regional Solicitor of that office. We hereby certify that we have discussed the budget for the costs of this litigation including all alternative courses thereof. We further certify that we have discussed the resolution of the litigation through alternative

dispute resolution programs such as those outlined in LR 16.4.

                                                        Howard M. Radzely
                                                        Solicitor of Labor

Post Office Address:                     /s/ Frank V. McDermott, Jr.
                                                        Frank V. McDermott, Jr.
U.S. Department of Labor               Regional Solicitor
Office of the Solicitor
JFK Federal Bldg., Rm. E-375          /s/ John S. Casler_____
Boston, MA  02203                           John S. Casler
TEL: 617-565-2500                        Deputy Regional Solicitor
FAX: 617-565-2142                        Attorneys for Plaintiff