**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br>    Plaintiff<br><br>v.<br><br>LE INC, LE & PHAM INC.,<br>LE CAFE INC., LE & T INC.,<br>PHO PASTEUR INC., and<br>DUYEN LE,<br>    Defendants | CIVIL ACTION NO. 04-11310 NG |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The defendants and their counsel hereby certify that we have conferred:

(a) with a view toward establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in local Rule 16.4.

_____          11/22/04
Duyen Le                         Dated
Defendant

_____          11/23/04
Paul L. Nevins                   Dated
47 Church Street
Wellesley, MA 02482
Tel: 781-237-9018
NevinsP@aol.com

2

## Certificate of Service

The undersigned hereby certifies that, on November 24, 2004, served a true copy of the foregoing upon all parties by causing it to be sent, via first class mail, postage prepaid, to:

John S. Casler, Esquire
Deputy Regional Solicitor
**U.S. Department of Labor**
**Office of The Solicitor**
JFK Federal Building, Room E-375
Boston, MA 02203

_____
Paul I. Nevins