

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

| (Office Address) | Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | Investigator:<br>**Nanci Siciliano**<br><br>Employer Fed Tax ID Number  04-3486506 | Date:<br>**06/13/2005** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Alvarez, Jose | | 07/27/2002 to 12/21/2002 | 1 | $157.32 |
| Arayasanongkul, Udom | | 10/20/2001 to 11/10/2001 | 1 | $390.65 |
| Carbajal, Jose M | | 10/20/2001 to 12/22/2001 | 1 | $835.95 |
| Ho, Suzanna | | 10/14/2000 to 12/21/2002 | 1 | $480.23 |
| Le, Liem | | 08/04/2001 to 09/22/2001 | 1 | $612.14 |
| Lee, Xiaofng | | 02/23/2002 to 04/27/2002 | 1 | $696.49 |
| Luong, Thanh | | 05/18/2002 to 06/08/2002 | 1 | $220.52 |
| Mai, Mahn T | | 01/20/2001 to 06/22/2002 | 1 | $4,469.13 |
| Maisuk, Phakphum | | 01/05/2002 to 06/22/2002 | 1 | $529.41 |
| Nguyen, Hung | | 02/03/2001 to 03/24/2001 | 1 | $489.35 |
| Nguyen, Linh V | | 04/28/2001 to 04/28/2001 | 1 | $32.65 |
| Nguyen, Pong | | 10/14/2000 to 02/17/2001 | 1 | $1,402.47 |
| Nguyen, Thoi C | | 10/13/2001 to 12/22/2001 | 1 | $55.97 |
| Phu, Quang | | 03/17/2001 to 06/23/2001 | 1 | $1,246.76 |
| Rodriguez, Carlos I | | 07/07/2001 to 12/22/2001 | 1 | $2,778.00 |
| Rodriguez, Rosa A | | 09/15/2001 to 06/22/2002 | 1 | $1,587.00 |

| | | | |
|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>**Pho Pasteur - City Place**<br>**Le & T Inc.**<br>**123 Stuart St**<br><br>**Boston, MA 02116** | TOTAL | $28,314.53 |

* Column 4-Code
  FLSA  1
  PCA   2
  SCA   3
  DBRA  4
  CWHSSA 5
  CCPA  6
  FMLA  7

Form WH-56

Date: 06/13/2005 11:24:45 AM    Case ID: 1243961    Page 1

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA  02203<br>617-624-6700 |
|---|---|

| Investigator: **Nanci Siciliano** | Date: **06/13/2005** |
|---|---|
| Employer Fed Tax ID Number **04-3486506** | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| **Rodriques, Edwin** | | 10/13/2001 to 06/22/2002 | 1 | $3,783.82 |
| **Salmeron, Jose** | | 10/13/2001 to 06/22/2002 | 1 | $3,903.74 |
| **Torres, Levis A** | | 04/13/2002 to 06/22/2002 | 1 | $710.20 |
| **Truong, Hoang** | | 10/14/2000 to 06/23/2001 | 1 | $3,932.73 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by _____<br><br>Signed: _____ | Employer Name and Address:<br><br>**Pho Pasteur - City Place**<br>**Le & T Inc.**<br>**123 Stuart St**<br><br>**Boston, MA 02116** | TOTAL | $28,314.53 |
|---|---|---|---|

* Column 4-Code
  - FLSA    1
  - PCA     2
  - SCA     3
  - DBRA    4
  - CWHSSA  5
  - CCPA    6
  - FMLA    7

Form WH-56

Date: 06/13/2005 11:24:47 AM    Case ID:  1243961    Page 2

| Summary of Unpaid Wages | U.S. Department of Labor |
| --- | --- |
| | Employment Standards Administration |
| | Wage and Hour Division |



| (Office Address) | Investigator: | Date: |
| --- | --- | --- |
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | Nanci Siciliano | 06/13/2005 |
| | Employer Fed Tax ID Number | 04-3359724 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
| --- | --- | --- | --- | --- |
| Adul, Naksuk | | 11/11/2000 to 04/28/2001 | 1 | $20.70 |
| Aldana, Jaun G | | 10/14/2000 to 10/05/2002 | 1 | $6,361.52 |
| Anchalisangkas, Kobk | | 10/21/2000 to 10/28/2000 | 1 | $88.21 |
| Cai, Guo | | 11/18/2000 to 09/28/2002 | 1 | $4,649.93 |
| Carbajal, Ana | | 10/07/2000 to 12/23/2000 | 1 | $551.86 |
| Carbajal, Manual | | 10/07/2000 to 01/19/2002 | 1 | $3,127.22 |
| Castillo, Eliseo J | | 06/08/2002 to 10/05/2002 | 1 | $1,101.03 |
| Cheng, Ming W | | 10/07/2000 to 07/21/2001 | 1 | $2,193.21 |
| Chung, Thuan | | 10/14/2000 to 09/28/2002 | 1 | $1,291.68 |
| Glumglin, Maethee | | 10/14/2000 to 03/30/2002 | 1 | $1,352.68 |
| Gutierrez, Florentin | | 03/03/2001 to 09/28/2002 | 1 | $4,037.12 |
| Handilok, Wiboon | | 10/14/2000 to 12/22/2001 | 1 | $1,224.40 |
| Huang, Hong S | | 07/07/2001 to 09/28/2002 | 1 | $524.74 |
| Janmanee, Gayoon | | 10/14/2000 to 11/11/2000 | 1 | $139.93 |
| Khetkampang, Kiti | | 11/25/2000 to 08/31/2002 | 1 | $1,935.73 |
| Lenoel, Phasook | | 04/06/2002 to 07/20/2002 | 1 | $835.50 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:

**Pho Pasteur - Harvard Square**
**Le & Pham Inc.**
**Harvard Square**
**36 JFK St**
**Cambridge, MA 02138**

TOTAL    $54,650.99

* Column 4-Code
  FLSA 1
  PCA 2
  SCA 3
  DBRA 4
  CWHSSA 5
  CCPA 6
  FMLA 7

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | **Nanci Siciliano**<br><br>Employer Fed Tax ID Number  04-3359724 | 06/13/2005 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Model, Pedro | | 05/04/2002 to 10/05/2002 | 1 | $1,406.87 |
| Mogo, Miguel | | 09/02/2000 to 09/28/2002 | 1 | $5,556.14 |
| Muannathon, Iarassri | | 01/20/2001 to 09/28/2002 | 1 | $2,087.32 |
| Nguyen, Hoang M | | 04/28/2001 to 02/16/2002 | 1 | $897.90 |
| Rodriguez, Carlos | | 10/07/2000 to 05/26/2001 | 1 | $2,348.87 |
| Saengnin, Phornphits | | 01/05/2002 to 04/13/2002 | 1 | $373.15 |
| Srisuwanporn, Narong | | 10/28/2000 to 09/28/2002 | 1 | $455.26 |
| Thach, Hung V | | 10/14/2000 to 09/29/2001 | 1 | $3,154.22 |
| Tran, CoQuoc T | | 10/14/2000 to 07/21/2001 | 1 | $3,232.42 |
| Tran, Tien | | 10/14/2000 to 03/17/2001 | 1 | $335.65 |
| Tran, Trong | | 10/14/2000 to 09/28/2002 | 1 | $4,035.76 |
| Udonratanakosom, Chu | | 10/14/2000 to 03/16/2002 | 1 | $1,075.43 |
| Wongtouwan, Somkiat | | 11/11/2000 to 07/21/2001 | 1 | $256.54 |

| | Employer Name and Address: | TOTAL | $54,650.99 |
|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Pho Pasteur - Harvard Square<br>Le & Pham Inc.<br>Harvard Square<br>36 JFK St<br>Cambridge, MA 02138 | * Column 4-Code<br>FLSA  1<br>PCA   2<br>SCA   3<br>DBRA  4<br>CWHSSA 5<br>CCPA  6<br>FMLA  7 | |

## Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA  02203<br>617-624-6700 | Nanci Siciliano<br><br>Employer Fed Tax ID Number  04-3358974 | 06/13/2005 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Calleeron, Ignacio | | 08/24/2002 to 09/28/2002 | 1 | $30.67 |
| Cao, Hao V | | 10/07/2000 to 09/29/2001 | 1 | $2,642.31 |
| Chavei, Armondo | | 08/19/2000 to 08/17/2002 | 1 | $105.35 |
| Cruz, Carlos M | | 08/25/2001 to 11/10/2001 | 1 | $897.13 |
| Duong, Savon | | 01/13/2001 to 02/03/2001 | 1 | $277.29 |
| Huynh, Hanh | | 10/20/2001 to 09/28/2002 | 1 | $4,463.06 |
| Huynh, Phat Khan | | 04/06/2002 to 06/22/2002 | 1 | $703.80 |
| Huynh, Sy Van | | 01/13/2001 to 06/22/2002 | 1 | $5,598.14 |
| Huynu, Phat Khanh | | 12/22/2001 to 03/30/2002 | 1 | $1,117.63 |
| Ithithavorn, Nathasi | | 05/11/2002 to 06/22/2002 | 1 | $104.95 |
| Jindawech, Aroon | | 09/15/2001 to 09/29/2001 | 1 | $58.31 |
| Le, Luan Mihn | | 05/04/2002 to 07/06/2002 | 1 | $849.56 |
| Lenoel, Phasook | | 10/14/2000 to 01/19/2002 | 1 | $1,515.93 |
| Luu, Long Quioad | | 01/26/2002 to 03/16/2002 | 1 | $570.90 |
| Maisuk, Phakphum | | 10/14/2000 to 08/04/2001 | 1 | $1,177.61 |
| Mancia, Jose A | | 07/27/2002 to 09/28/2002 | 1 | $1,872.44 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:

Pho Pasteur - Back Bay
Le Cafe Inc.
119 Newbury Street

Boston, MA 02116

TOTAL  $37,025.02

* Column 4-Code
  - FLSA 1
  - PCA 2
  - SCA 3
  - DBRA 4
  - CWHSSA 5
  - CCPA 6
  - FMLA 7

Date: 06/13/2005 11:25:47 AM        Case ID: 1244876

Form WH-56

Page 1

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA  02203<br>617-624-6700 | Nanci Siciliano | 06/13/2005 |
| | Employer Fed Tax ID Number | 04-3358974 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Mancilla, Jose A | | 06/29/2002 to 10/05/2002 | 1 | $1,039.86 |
| Manlika, Imkhiao | | 08/31/2002 to 09/28/2002 | 1 | $93.15 |
| Meza, Ana M | | 04/27/2002 to 10/05/2002 | 1 | $1,651.54 |
| Nanakhon, Narawee | | 08/31/2002 to 09/28/2002 | 1 | $163.25 |
| Nguyen, Susan | | 10/14/2000 to 11/11/2000 | 1 | $34.98 |
| Nguyen, Thien Ngoc | | 04/07/2001 to 05/26/2001 | 1 | $516.53 |
| Ong, Phat Ngoc | | 10/07/2000 to 10/14/2000 | 1 | $135.93 |
| Pham, Hiep | | 04/06/2002 to 06/08/2002 | 1 | $951.51 |
| Ramos, Octavio S | | 06/29/2002 to 09/28/2002 | 1 | $872.12 |
| Rojanapateep, Patama | | 06/22/2002 to 07/20/2002 | 1 | $69.96 |
| Rosa, Vete | | 06/29/2002 to 10/05/2002 | 1 | $1,039.86 |
| Sakulponphason, Nara | | 10/06/2001 to 12/08/2001 | 1 | $1,002.84 |
| Salvador, Antonio | | 06/29/2002 to 10/05/2002 | 1 | $4,879.68 |
| Sathapornchaisit, Pi | | 08/31/2002 to 09/28/2002 | 1 | $209.89 |
| Shotitana, Witoon | | 10/28/2000 to 12/23/2000 | 1 | $60.64 |
| Sompatsorsiri, Anota | | 05/25/2002 to 06/08/2002 | 1 | $116.61 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:
Pho Pasteur - Back Bay
Le Cafe Inc.
119 Newbury Street

Boston, MA 02116

TOTAL  $37,025.02

* Column 4-Code
  FLSA  1
  PCA   2
  SCA   3
  DBRA  4
  CWHSSA 5
  CCPA  6
  FMLA  7

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | **Nanci Siciliano**<br><br>Employer Fed Tax ID Number  04-3358974 | 06/13/2005 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *Sriwannavit, Nappa* | | 05/12/2001 to 09/14/2002 | 1 | $1,306.03 |
| *Suwan, Sumon* | | 10/14/2000 to 03/17/2001 | 1 | $396.47 |
| *Woragipsittisator, Kay* | | 04/13/2002 to 08/03/2002 | 1 | $244.88 |
| *Yabanongkul, Aray* | | 10/14/2000 to 12/23/2000 | 1 | $254.21 |

| | Employer Name and Address: | TOTAL | $37,025.02 |
|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>_____<br>Signed: _____ | **Pho Pasteur - Back Bay**<br>**Le Cafe Inc.**<br>**119 Newbury Street**<br><br>**Boston, MA 02116** | * Column 4-Code<br>FLSA   1<br>PCA    2<br>SCA    3<br>DBRA   4<br>CWHSSA 5<br>CCPA   6<br>FMLA   7 | |

Form WH-56

Date: 06/13/2005 11:26:02 AM     Case ID: 1244876     Page 3

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

| (Office Address) | Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | Investigator:<br>**Nanci Siciliano**<br><br>Employer Fed Tax ID Number  02-0563571 | Date:<br>06/13/2005 |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| **Banh, Tony** | | 10/19/2002 to 12/21/2002 | 1 | $149.04 |
| **Benjanuvatra, Weeras** | | 08/17/2002 to 10/12/2002 | 1 | $361.49 |
| **Carbjal, Manual** | | 07/27/2002 to 12/21/2002 | 1 | $1,050.82 |
| **Champaos, Chanram** | | 10/26/2002 to 10/26/2002 | 1 | $114.28 |
| **Costa, Carlos A** | | 10/05/2002 to 12/21/2002 | 1 | $239.26 |
| **Janya, Nucharee** | | 10/12/2002 to 10/26/2002 | 1 | $216.89 |
| **Lazo, Fransico** | | 08/19/2000 to 08/17/2002 | 1 | $230.13 |
| **Le, Bu Van** | | 10/05/2002 to 12/21/2002 | 1 | $636.23 |
| **Miller, Thawil** | | 09/14/2002 to 10/12/2002 | 1 | $167.92 |
| **Nguyen, Andyn P** | | 08/31/2002 to 10/12/2002 | 1 | $107.14 |
| **Quach, Hung Q** | | 08/03/2002 to 09/28/2002 | 1 | $604.62 |
| **Sitprasirt, Sumitra** | | 07/27/2002 to 09/28/2002 | 1 | $422.28 |
| **Somsiri, Jarusak** | | 08/17/2002 to 08/31/2002 | 1 | $151.59 |
| **Urbina, Carlos Y** | | 08/24/2002 to 09/28/2002 | 1 | $593.59 |
| **Vuong, Le** | | 08/10/2002 to 08/17/2002 | 1 | $45.04 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:

**Pho Pasteur - Atrium Mall**
**Pho Pasteur Inc.**
**300 Boylston Street**

**Chestnut Hill, MA 02467**

TOTAL  $5,090.32

* Column 4-Code
  FLSA 1
  PCA 2
  SCA 3
  DBRA 4
  CWHSSA 5
  CCPA 6
  FMLA 7

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | **Nanci Siciliano**<br><br>Employer Fed Tax ID Number  04-3486506 | 06/13/2005 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Azucenz, Jose | | 07/27/2002 to 12/21/2002 | 1 | $1,415.98 |
| Banh, Somsami Y | | 04/21/2001 to 08/17/2002 | 1 | $1,049.49 |
| Banh, Tony | | 02/17/2001 to 08/03/2002 | 1 | $1,788.48 |
| Cao, Hung M | | 04/20/2002 to 04/27/2002 | 1 | $23.32 |
| Carbajal, Ana | | 05/25/2002 to 07/20/2002 | 1 | $1,771.30 |
| Che, Qui | | 10/14/2000 to 10/27/2001 | 1 | $4,485.69 |
| Chicas, Jose | | 06/09/2001 to 12/14/2002 | 1 | $5,517.04 |
| Chicas, Mario | | 06/22/2002 to 09/21/2002 | 1 | $3,101.88 |
| Cruz, Carlos M | | 12/22/2001 to 09/21/2002 | 1 | $3,974.30 |
| Daungthong, Kriengkr | | 08/18/2001 to 09/15/2001 | 1 | $81.63 |
| Duran, Miguel A | | 08/25/2001 to 09/21/2002 | 1 | $5,209.52 |
| Gonzalez, Albelardo | | 10/07/2000 to 04/07/2001 | 1 | $3,186.17 |
| Jiao, Zheng M | | 11/10/2001 to 09/21/2002 | 1 | $3,849.54 |
| Khuu, Mike | | 05/26/2001 to 06/22/2002 | 1 | $3,717.47 |
| Kittiwongsopon, Sora | | 08/10/2002 to 08/17/2002 | 1 | $23.32 |
| Long, Quyen H | | 02/03/2001 to 08/24/2002 | 1 | $1,033.74 |

| | | | TOTAL | $74,919.14 |
|---|---|---|---|---|

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

07/15/2005

Signed: _____

Employer Name and Address:

Le Inc, dba Pho Pasteur Restaurant
Le Inc, dba Pho Pasteur Restaurant
137 Brighton Avenue

Allston, MA 02135

\* Column 4-Code
```
FLSA    1
PCA     2
SCA     3
DBRA    4
CWHSSA  5
CCPA    6
FMLA    7
```

Form WH-56

Date: 06/13/2005  11:27:14 AM     Case ID:  1233276     Page 1

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

| (Office Address) | Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | Investigator:<br>**Nanci Siciliano** | Date:<br>06/13/2005 |
|---|---|---|---|
| | | Employer Fed Tax ID Number | 04-3486506 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Luong, Thanh | | 10/14/2000 to 03/16/2002 | 1 | $3,642.17 |
| Ngo, Dung T | | 08/19/2000 to 08/17/2002 | 1 | $2,936.10 |
| Nguyen, Joseph | | 10/14/2000 to 12/16/2000 | 1 | $815.58 |
| Nguyen, Lisa | | 10/07/2000 to 10/14/2000 | 1 | $23.32 |
| Nguyen, Nao T | | 08/19/2000 to 08/17/2002 | 1 | $3,479.34 |
| Nguyen, Ngon | | 08/19/2000 to 08/17/2002 | 1 | $962.01 |
| Ong, Phat | | 08/19/2000 to 08/18/2001 | 1 | $506.71 |
| Orellano, Juan A | | 04/13/2002 to 09/28/2002 | 1 | $1,608.32 |
| Orellano, Miguel | | 10/07/2000 to 04/07/2001 | 1 | $4,234.41 |
| Phan, Diem | | 08/31/2002 to 09/14/2002 | 1 | $198.24 |
| Quang, Phu | | 06/15/2002 to 08/17/2002 | 1 | $849.56 |
| Sathapornchaisit, Te | | 12/09/2000 to 08/24/2002 | 1 | $3,463.31 |
| Takul, Tosak H | | 09/14/2002 to 09/28/2002 | 1 | $23.32 |
| Tran, Chi K | | 08/19/2000 to 08/17/2002 | 1 | $2,604.10 |
| Tran, Sieng T | | 12/15/2001 to 09/14/2002 | 1 | $3,962.36 |
| Truong, Hoang | | 08/04/2001 to 09/29/2001 | 1 | $825.78 |
| | | | TOTAL | $74,919.14 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by 07/15/2005

Signed: _____

Employer Name and Address:

Le Inc, dba Pho Pasteur Restaurant
Le Inc, dba Pho Pasteur Restaurant
137 Brighton Avenue

Allston, MA 02135

* Column 4-Code
  FLSA    1
  PCA     2
  SCA     3
  DBRA    4
  CWHSSA  5
  CCPA    6
  FMLA    7

Form WH-56
Page 2

Date: 06/13/2005 11:27:25 AM     Case ID: 1233276

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

| (Office Address) | Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | Investigator:<br>**Nanci Siciliano** | Date:<br>06/13/2005 |
|---|---|---|---|
| | | Employer Fed Tax ID Number | 04-3486506 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Uaareemitr, Ekachai | | 08/10/2002 to 08/17/2002 | 1 | $23.32 |
| Ukrasoot, Apiwat | | 09/29/2001 to 08/10/2002 | 1 | $676.34 |
| Vo, Cuong | | 01/05/2002 to 08/31/2002 | 1 | $2,783.17 |
| Wongtong, Somkiat | | 03/02/2002 to 08/24/2002 | 1 | $478.10 |
| Yuchayuntee, Sosamai | | 10/14/2000 to 03/31/2001 | 1 | $594.71 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

07/15/2005

Signed: _____

Employer Name and Address:

Le Inc, dba Pho Pasteur Restaurant
Le Inc, dba Pho Pasteur Restaurant
137 Brighton Avenue

Allston, MA 02135

TOTAL $74,919.14

* Column 4-Code
  FLSA 1
  PCA 2
  SCA 3
  DBRA 4
  CWHSSA 5
  CCPA 6
  FMLA 7

Form WH-56
Page 3

Date: 06/13/2005 11:27:28 AM     Case ID: 1233276