# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA  02203<br>617-624-6700 | **Nanci Siciliano**<br><br>Employer Fed Tax ID Number  **04-3486506** | **06/13/2005** |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Alvarez, Jose | | 07/27/2002 to 12/21/2002 | 1 | $157.32 |
| Arayasanongkul, Udom | | 10/20/2001 to 11/10/2001 | 1 | $390.65 |
| Carbajal, Jose M | | 10/20/2001 to 12/22/2001 | 1 | $835.95 |
| Ho, Suzanna | | 10/14/2000 to 12/21/2002 | 1 | $480.23 |
| Le, Liem | | 08/04/2001 to 09/22/2001 | 1 | $612.14 |
| Lee, Xiaofng | | 02/23/2002 to 04/27/2002 | 1 | $696.49 |
| Luong, Thanh | | 05/18/2002 to 06/08/2002 | 1 | $220.52 |
| Mai, Mahn T | | 01/20/2001 to 06/22/2002 | 1 | $4,469.13 |
| Maisuk, Phakphum | | 01/05/2002 to 06/22/2002 | 1 | $529.41 |
| Nguyen, Hung | | 02/03/2001 to 03/24/2001 | 1 | $489.35 |
| Nguyen, Linh V | | 04/28/2001 to 04/28/2001 | 1 | $32.65 |
| Nguyen, Pong | | 10/14/2000 to 02/17/2001 | 1 | $1,402.47 |
| Nguyen, Thoi C | | 10/13/2001 to 12/22/2001 | 1 | $55.97 |
| Phu, Quang | | 03/17/2001 to 06/23/2001 | 1 | $1,246.76 |
| Rodriguez, Carlos I | | 07/07/2001 to 12/22/2001 | 1 | $2,778.00 |
| Rodriguez, Rosa A | | 09/15/2001 to 06/22/2002 | 1 | $1,587.00 |

| | Employer Name and Address: | TOTAL | $28,314.53 |
|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | **Pho Pasteur - City Place**<br>**Le & T Inc.**<br>**123 Stuart St**<br><br>**Boston, MA 02116** | | * Column 4-Code<br>FLSA   1<br>PCA    2<br>SCA    3<br>DBRA   4<br>CWHSSA 5<br>CCPA   6<br>FMLA   7 |

Form WH-56

| Summary of Unpaid Wages | U.S. Department of Labor |
|---|---|
| | Employment Standards Administration |
| | Wage and Hour Division |



| (Office Address) Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | Investigator:<br>**Nanci Siciliano** | Date:<br>**06/13/2005** |
|---|---|---|
| | Employer Fed Tax ID Number  **04-3486506** | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *Rodriques, Edwin* | | 10/13/2001 to 06/22/2002 | 1 | $3,783.82 |
| *Salmeron, Jose* | | 10/13/2001 to 06/22/2002 | 1 | $3,903.74 |
| *Torres, Levis A* | | 04/13/2002 to 06/22/2002 | 1 | $710.20 |
| *Truong, Hoang* | | 10/14/2000 to 06/23/2001 | 1 | $3,932.73 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>**Pho Pasteur - City Place**<br>**Le & T Inc.**<br>**123 Stuart St**<br><br>**Boston, MA 02116** | | TOTAL | $28,314.53 |
|---|---|---|---|---|

\* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Form WH-56

| Summary of Unpaid Wages | | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division | |  |

| (Office Address) | Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA  02203<br>617-624-6700 | Investigator:<br>**Nanci Siciliano** | Date:<br>06/13/2005 |
|---|---|---|---|
| | | Employer Fed Tax ID Number  04-3359724 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| **Adul, Naksuk** | | 11/11/2000 to 04/28/2001 | 1 | $20.70 |
| **Aldana, Jaun G** | | 10/14/2000 to 10/05/2002 | 1 | $6,361.52 |
| **Anchalisangkas, Kobk** | | 10/21/2000 to 10/28/2000 | 1 | $88.21 |
| **Cai, Guo** | | 11/18/2000 to 09/28/2002 | 1 | $4,649.93 |
| **Carbajal, Ana** | | 10/07/2000 to 12/23/2000 | 1 | $551.86 |
| **Carbajal, Manual** | | 10/07/2000 to 01/19/2002 | 1 | $3,127.22 |
| **Castillo, Eliseo J** | | 06/08/2002 to 10/05/2002 | 1 | $1,101.03 |
| **Cheng, Ming W** | | 10/07/2000 to 07/21/2001 | 1 | $2,193.21 |
| **Chung, Thuan** | | 10/14/2000 to 09/28/2002 | 1 | $1,291.68 |
| **Glumglin, Maethee** | | 10/14/2000 to 03/30/2002 | 1 | $1,352.68 |
| **Gutierrez, Florentin** | | 03/03/2001 to 09/28/2002 | 1 | $4,037.12 |
| **Handilok, Wiboon** | | 10/14/2000 to 12/22/2001 | 1 | $1,224.40 |
| **Huang, Hong S** | | 07/07/2001 to 09/28/2002 | 1 | $524.74 |
| **Janmanee, Gayoon** | | 10/14/2000 to 11/11/2000 | 1 | $139.93 |
| **Khetkampang, Kiti** | | 11/25/2000 to 08/31/2002 | 1 | $1,935.73 |
| **Lenoel, Phasook** | | 04/06/2002 to 07/20/2002 | 1 | $835.50 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br>**Pho Pasteur - Harvard Square**<br>**Le & Pham Inc.**<br>**Harvard Square**<br>**36 JFK St**<br>**Cambridge, MA 02138** | | TOTAL | $54,650.99 |
|---|---|---|---|---|

* Column 4-Code
  FLSA     1
  PCA      2
  SCA      3
  DBRA     4
  CWHSSA   5
  CCPA     6
  FMLA     7

Form WH-56

Date: 06/13/2005 11:23:42 AM     Case ID:  1243963     Page 1

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA  02203<br>617-624-6700 | Investigator:<br>**Nanci Siciliano**<br><br>Employer Fed Tax ID Number  **04-3359724** | Date:<br>**06/13/2005** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Model, Pedro | | 05/04/2002 to 10/05/2002 | 1 | $1,406.87 |
| Mogo, Miguel | | 09/02/2000 to 09/28/2002 | 1 | $5,556.14 |
| Muannathon, Iarassri | | 01/20/2001 to 09/28/2002 | 1 | $2,087.32 |
| Nguyen, Hoang M | | 04/28/2001 to 02/16/2002 | 1 | $897.90 |
| Rodriguez, Carlos | | 10/07/2000 to 05/26/2001 | 1 | $2,348.87 |
| Saengnin, Phornphits | | 01/05/2002 to 04/13/2002 | 1 | $373.15 |
| Srisuwanporn, Narong | | 10/28/2000 to 09/28/2002 | 1 | $455.26 |
| Thach, Hung V | | 10/14/2000 to 09/29/2001 | 1 | $3,154.22 |
| Tran, CoQuoc T | | 10/14/2000 to 07/21/2001 | 1 | $3,232.42 |
| Tran, Tien | | 10/14/2000 to 03/17/2001 | 1 | $335.65 |
| Tran, Trong | | 10/14/2000 to 09/28/2002 | 1 | $4,035.76 |
| Udonratanakosom, Chu | | 10/14/2000 to 03/16/2002 | 1 | $1,075.43 |
| Wongtouwan, Somkiat | | 11/11/2000 to 07/21/2001 | 1 | $256.54 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:
**Pho Pasteur - Harvard Square**
**Le & Pham Inc.**
**Harvard Square**
**36 JFK St**
**Cambridge, MA 02138**

TOTAL   $54,650.99

* Column 4-Code
  FLSA     1
  PCA      2
  SCA      3
  DBRA     4
  CWHSSA   5
  CCPA     6
  FMLA     7

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | Investigator:<br>**Nanci Siciliano**<br><br>Employer Fed Tax ID Number<br>**04-3358974** | Date:<br>**06/13/2005** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Calleeron, Ignacio | | 08/24/2002 to 09/28/2002 | 1 | $30.67 |
| Cao, Hao V | | 10/07/2000 to 09/29/2001 | 1 | $2,642.31 |
| Chavei, Armondo | | 08/19/2000 to 08/17/2002 | 1 | $105.35 |
| Cruz, Carlos M | | 08/25/2001 to 11/10/2001 | 1 | $897.13 |
| Duong, Savon | | 01/13/2001 to 02/03/2001 | 1 | $277.29 |
| Huynh, Hanh | | 10/20/2001 to 09/28/2002 | 1 | $4,463.06 |
| Huynh, Phat Khan | | 04/06/2002 to 06/22/2002 | 1 | $703.80 |
| Huynh, Sy Van | | 01/13/2001 to 06/22/2002 | 1 | $5,598.14 |
| Huynu, Phat Khanh | | 12/22/2001 to 03/30/2002 | 1 | $1,117.63 |
| Ithithavorn, Nathasi | | 05/11/2002 to 06/22/2002 | 1 | $104.95 |
| Jindawech, Aroon | | 09/15/2001 to 09/29/2001 | 1 | $58.31 |
| Le, Luan Mihn | | 05/04/2002 to 07/06/2002 | 1 | $849.56 |
| Lenoel, Phasook | | 10/14/2000 to 01/19/2002 | 1 | $1,515.93 |
| Luu, Long Quioad | | 01/26/2002 to 03/16/2002 | 1 | $570.90 |
| Maisuk, Phakphum | | 10/14/2000 to 08/04/2001 | 1 | $1,177.61 |
| Mancia, Jose A | | 07/27/2002 to 09/28/2002 | 1 | $1,872.44 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>**Pho Pasteur - Back Bay**<br>**Le Cafe Inc.**<br>**119 Newbury Street**<br><br>**Boston, MA 02116** | TOTAL | **$37,025.02** |
|---|---|---|---|

* Column 4-Code
FLSA  1
PCA   2
SCA   3
DBRA  4
CWHSSA 5
CCPA  6
FMLA  7

Form WH-56

# Summary of Unpaid Wages

## U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA  02203<br>617-624-6700 | Investigator:<br>**Nanci Siciliano**<br><br>Employer Fed Tax ID Number   **04-3358974** | Date:<br>**06/13/2005** |
|---|---|---|---|

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| *Mancilla, Jose A* | | 06/29/2002 to 10/05/2002 | *1* | **$1,039.86** |
| *Manlika, Imkhiao* | | 08/31/2002 to 09/28/2002 | *1* | **$93.15** |
| *Meza, Ana M* | | 04/27/2002 to 10/05/2002 | *1* | **$1,651.54** |
| *Nanakhon, Narawee* | | 08/31/2002 to 09/28/2002 | *1* | **$163.25** |
| *Nguyen, Susan* | | 10/14/2000 to 11/11/2000 | *1* | **$34.98** |
| *Nguyen, Thien Ngoc* | | 04/07/2001 to 05/26/2001 | *1* | **$516.53** |
| *Ong, Phat Ngoc* | | 10/07/2000 to 10/14/2000 | *1* | **$135.93** |
| *Pham, Hiep* | | 04/06/2002 to 06/08/2002 | *1* | **$951.51** |
| *Ramos, Octavio S* | | 06/29/2002 to 09/28/2002 | *1* | **$872.12** |
| *Rojanapateep, Patama* | | 06/22/2002 to 07/20/2002 | *1* | **$69.96** |
| *Rosa, Vete* | | 06/29/2002 to 10/05/2002 | *1* | **$1,039.86** |
| *Sakulponphason, Nara* | | 10/06/2001 to 12/08/2001 | *1* | **$1,002.84** |
| *Salvador, Antonio* | | 06/29/2002 to 10/05/2002 | *1* | **$4,879.68** |
| *Sathapornchaisit, Pi* | | 08/31/2002 to 09/28/2002 | *1* | **$209.89** |
| *Shotitana, Witoon* | | 10/28/2000 to 12/23/2000 | *1* | **$60.64** |
| *Sompatsorsiri, Anota* | | 05/25/2002 to 06/08/2002 | *1* | **$116.61** |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>**Pho Pasteur - Back Bay<br>Le Cafe Inc.<br>119 Newbury Street**<br><br>**Boston, MA 02116** | TOTAL | **$37,025.02** |
|---|---|---|---|

* Column 4-Code
FLSA    1
PCA     2
SCA     3
DBRA    4
CWHSSA  5
CCPA    6
FMLA    7

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | Nanci Siciliano | 06/13/2005 |
| | Employer Fed Tax ID Number | 04-3358974 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Sriwannavit, Nappa | | 05/12/2001 to 09/14/2002 | 1 | $1,306.03 |
| Suwan, Sumon | | 10/14/2000 to 03/17/2001 | 1 | $396.47 |
| Woragipsittisator, Kay | | 04/13/2002 to 08/03/2002 | 1 | $244.88 |
| Yabanongkul, Aray | | 10/14/2000 to 12/23/2000 | 1 | $254.21 |

| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>Signed: _____ | Employer Name and Address:<br><br>Pho Pasteur - Back Bay<br>Le Cafe Inc.<br>119 Newbury Street<br><br>Boston, MA 02116 | | TOTAL | $37,025.02 |
|---|---|---|---|---|

\* Column 4-Code
FLSA 1
PCA 2
SCA 3
DBRA 4
CWHSSA 5
CCPA 6
FMLA 7

Form WH-56

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



(Office Address) Boston MA District Office
Room 525
John F. Kennedy Federal Building
Boston, MA  02203
617-624-6700

Investigator: **Nanci Siciliano**

Employer Fed Tax ID Number  02-0563571

Date: 06/13/2005

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Banh, Tony | | 10/19/2002 to 12/21/2002 | 1 | $149.04 |
| Benjanuvatra, Weeras | | 08/17/2002 to 10/12/2002 | 1 | $361.49 |
| Carbjal, Manual | | 07/27/2002 to 12/21/2002 | 1 | $1,050.82 |
| Champaos, Chanram | | 10/26/2002 to 10/26/2002 | 1 | $114.28 |
| Costa, Carlos A | | 10/05/2002 to 12/21/2002 | 1 | $239.26 |
| Janya, Nucharee | | 10/12/2002 to 10/26/2002 | 1 | $216.89 |
| Lazo, Fransico | | 08/19/2000 to 08/17/2002 | 1 | $230.13 |
| Le, Bu Van | | 10/05/2002 to 12/21/2002 | 1 | $636.23 |
| Miller, Thawil | | 09/14/2002 to 10/12/2002 | 1 | $167.92 |
| Nguyen, Andyn P | | 08/31/2002 to 10/12/2002 | 1 | $107.14 |
| Quach, Hung Q | | 08/03/2002 to 09/28/2002 | 1 | $604.62 |
| Sitprasirt, Sumitra | | 07/27/2002 to 09/28/2002 | 1 | $422.28 |
| Somsiri, Jarusak | | 08/17/2002 to 08/31/2002 | 1 | $151.59 |
| Urbina, Carlos Y | | 08/24/2002 to 09/28/2002 | 1 | $593.59 |
| Vuong, Le | | 08/10/2002 to 08/17/2002 | 1 | $45.04 |

I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by

Signed: _____

Employer Name and Address:

**Pho Pasteur - Atrium Mall**
**Pho Pasteur Inc.**
**300 Boylston Street**

**Chestnut Hill, MA 02467**

TOTAL  $5,090.32

* Column 4-Code
FLSA     1
PCA      2
SCA      3
DBRA     4
CWHSSA   5
CCPA     6
FMLA     7

Form WH-56

Date: 06/13/2005 11:26:40 AM        Case ID:  1245697         Page 1

# Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | Nanci Siciliano | 06/13/2005 |
| | Employer Fed Tax ID Number | |
| | 04-3486506 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Azucenz, Jose | | 07/27/2002 to 12/21/2002 | 1 | $1,415.98 |
| Banh, Somsami Y | | 04/21/2001 to 08/17/2002 | 1 | $1,049.49 |
| Banh, Tony | | 02/17/2001 to 08/03/2002 | 1 | $1,788.48 |
| Cao, Hung M | | 04/20/2002 to 04/27/2002 | 1 | $23.32 |
| Carbajal, Ana | | 05/25/2002 to 07/20/2002 | 1 | $1,771.30 |
| Che, Qui | | 10/14/2000 to 10/27/2001 | 1 | $4,485.69 |
| Chicas, Jose | | 06/09/2001 to 12/14/2002 | 1 | $5,517.04 |
| Chicas, Mario | | 06/22/2002 to 09/21/2002 | 1 | $3,101.88 |
| Cruz, Carlos M | | 12/22/2001 to 09/21/2002 | 1 | $3,974.30 |
| Daungthong, Kriengkr | | 08/18/2001 to 09/15/2001 | 1 | $81.63 |
| Duran, Miguel A | | 08/25/2001 to 09/21/2002 | 1 | $5,209.52 |
| Gonzalez, Albelardo | | 10/07/2000 to 04/07/2001 | 1 | $3,186.17 |
| Jiao, Zheng M | | 11/10/2001 to 09/21/2002 | 1 | $3,849.54 |
| Khuu, Mike | | 05/26/2001 to 06/22/2002 | 1 | $3,717.47 |
| Kittiwongsopon, Sora | | 08/10/2002 to 08/17/2002 | 1 | $23.32 |
| Long, Quyen H | | 02/03/2001 to 08/24/2002 | 1 | $1,033.74 |

| | Employer Name and Address: | TOTAL | $74,919.14 |
|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br>07/15/2005<br>Signed: _____ | Le Inc, dba Pho Pasteur Restaurant<br>Le Inc, dba Pho Pasteur Restaurant<br>137 Brighton Avenue<br><br>Allston, MA 02135 | | * Column 4-Code<br>FLSA 1<br>PCA 2<br>SCA 3<br>DBRA 4<br>CWHSSA 5<br>CCPA 6<br>FMLA 7 |

Form WH-56

## Summary of Unpaid Wages

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA 02203<br>617-624-6700 | *Nanci Siciliano*<br><br>Employer Fed Tax ID Number<br>**04-3486506** | 06/13/2005 |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Luong, Thanh | | 10/14/2000 to 03/16/2002 | 1 | $3,642.17 |
| Ngo, Dung T | | 08/19/2000 to 08/17/2002 | 1 | $2,936.10 |
| Nguyen, Joseph | | 10/14/2000 to 12/16/2000 | 1 | $815.58 |
| Nguyen, Lisa | | 10/07/2000 to 10/14/2000 | 1 | $23.32 |
| Nguyen, Nao T | | 08/19/2000 to 08/17/2002 | 1 | $3,479.34 |
| Nguyen, Ngon | | 08/19/2000 to 08/17/2002 | 1 | $962.01 |
| Ong, Phat | | 08/19/2000 to 08/18/2001 | 1 | $506.71 |
| Orellano, Juan A | | 04/13/2002 to 09/28/2002 | 1 | $1,608.32 |
| Orellano, Miguel | | 10/07/2000 to 04/07/2001 | 1 | $4,234.41 |
| Phan, Diem | | 08/31/2002 to 09/14/2002 | 1 | $198.24 |
| Quang, Phu | | 06/15/2002 to 08/17/2002 | 1 | $849.56 |
| Sathapornchaisit, Te | | 12/09/2000 to 08/24/2002 | 1 | $3,463.31 |
| Takul, Tosak H | | 09/14/2002 to 09/28/2002 | 1 | $23.32 |
| Tran, Chi K | | 08/19/2000 to 08/17/2002 | 1 | $2,604.10 |
| Tran, Sieng T | | 12/15/2001 to 09/14/2002 | 1 | $3,962.36 |
| Truong, Hoang | | 08/04/2001 to 09/29/2001 | 1 | $825.78 |

| | Employer Name and Address: | | TOTAL | $74,919.14 |
|---|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br><br>07/15/2005<br><br>Signed: _____ | Le Inc, dba Pho Pasteur Restaurant<br>Le Inc, dba Pho Pasteur Restaurant<br>137 Brighton Avenue<br><br>Allston, MA 02135 | | | * Column 4-Code<br>FLSA 1<br>PCA 2<br>SCA 3<br>DBRA 4<br>CWHSSA 5<br>CCPA 6<br>FMLA 7 |

Form WH-56

Summary of Unpaid Wages

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division



| (Office Address) | Investigator: | Date: |
|---|---|---|
| Boston MA District Office<br>Room 525<br>John F. Kennedy Federal Building<br>Boston, MA  02203<br>617-624-6700 | Nanci Siciliano | 06/13/2005 |
| | Employer Fed Tax ID Number | |
| | 04-3486506 | |

| 1. Name | 2. Address | 3. Period Covered by Work Week Ending Dates | 4. Act(s) | 5. Gross Amounts Due |
|---|---|---|---|---|
| Uaareemitr, Ekachai | | 08/10/2002 to 08/17/2002 | 1 | $23.32 |
| Ukrasoot, Apiwat | | 09/29/2001 to 08/10/2002 | 1 | $676.34 |
| Vo, Cuong | | 01/05/2002 to 08/31/2002 | 1 | $2,783.17 |
| Wongtong, Somkiat | | 03/02/2002 to 08/24/2002 | 1 | $478.10 |
| Yuchayuntee, Sosamai | | 10/14/2000 to 03/31/2001 | 1 | $594.71 |

| | Employer Name and Address: | TOTAL | $74,919.14 |
|---|---|---|---|
| I agree to pay the listed employees the back wages shown due and to mail proof of payment to the Wage and Hour District Office shown above by<br>07/15/2005<br>Signed: _____ | Le Inc, dba Pho Pasteur Restaurant<br>Le Inc, dba Pho Pasteur Restaurant<br>137 Brighton Avenue<br><br>Allston, MA 02135 | | * Column 4-Code<br>FLSA   1<br>PCA     2<br>SCA     3<br>DBRA   4<br>CWHSSA 5<br>CCPA   6<br>FMLA   7 |

Form WH-56